**STATE of Missouri, Respondent,**

v.

**Mekonen TEBEGE, a/k/a Mekonnen A. Tebege a/k/a Mekonen Addis a/k/a Tebege Mekonen, Appellant.**

**Nos. WD 50125, WD 52246.**

Missouri Court of Appeals, Western District.

Submitted Jan. 22, 1997.

Decided April 8, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 27, 1997.

Application to Transfer Denied Aug. 19, 1997.

Rosemary E. Percival, Public Defender, Kansas City, for appellant.

John M. Morris, Asst. Attorney General, Jefferson City, for respondent.

Before ULRICH, C.J., P.J., and BERREY and SMART, JJ.

### ORDER

PER CURIAM.

Mekonen Tebege appeals his conviction of assault in the second degree and armed criminal action, for which he was sentenced to consecutive terms of one and three years imprisonment. He also appeals the denial of his Rule 29.15 motion for post-conviction relief.

Having considered his contentions on appeal, this court finds that they are without merit. The decision is without precedential value, but a memorandum of the reasons for the decision has been furnished to the parties.

The judgments are affirmed. Rule 30.25(b) and Rule 84.16(b).